UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAKHWINDER SINGH,<br><br>*Plaintiff*,<br><br>v.<br><br>MARCO RUBIO, in his official capacity as Secretary of State, *et al*.,<br><br>*Defendants*. | Civil Action No. 26-515 (JDB) |

**CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Pursuant to Rule 6(b) of the Federal Rule of Civil Procedure, Defendants, by undersigned counsel, respectfully move for an extension to October 27, 2026, to file a response to the Complaint that currently is due to be filed on August 28, 2026. Plaintiff consents to the requested relief. As grounds for the requested extension, Defendants state as follows:

1. The Complaint in this action was filed on February 17, 2026. ECF No. 1. Following three extension requests, Defendants' deadline to respond to the Complaint is July 1, 2026. *See* Min. Ord. (June 2, 2026).

2. This action alleges unreasonable delay in connection with a visa application refused under INA § 221(g). Ex. C to Compl. (ECF No. 1-3). There is good cause for the requested extension. The Department of State anticipates that there may be developments at the administrative level that may inform how Defendants respond to the Complaint and potentially obviate the need for further litigation. Defendants therefore request that this Court extend the response deadline by approximately 60 days, up to and including October 27, 2026, to afford time for potential developments that may inform how the parties proceed in this action.

3. No existing court deadlines will be impacted by this extension request other than the existing deadline to respond to the Complaint. Plaintiff will not be prejudiced by this brief extension request.

4. Counsel for the undersigned Defendant apologizes to the Court for filing this request for extension on the deadline that the response is due. The undersigned has made good faith efforts to confer with Plaintiff's counsel regarding updates on the status of the Visa process and just learned the current status as of yesterday. The need for extension thus did not become apparent until then.

5. A proposed order is attached.

Dated: August 28, 2026
Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

*By:/s/ Tara Derbisz*
TARA DERBISZ
D.C. Bar # 252597
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
Tel: (202) 809-0784
Tara.derbisz@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAKHWINDER SINGH,<br>*Plaintiff*,<br>v.<br>MARCO RUBIO, in his official capacity as Secretary of State, *et al*.,<br>*Defendants*. | Civil Action No. 26-515 (JDB) |

**[PROPOSED] ORDER**

Upon consideration of Defendants' consent motion for extension of time, it is hereby

ORDERED that Defendants' motion for an extension of time is GRANTED; and it is

FURTHER ORDERED that Defendants shall have through and including October 27, 2026, to respond to the Complaint in this action.

SO ORDERED:

Date

JOHN D. BATES
United States District Judge